# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| STEVEN MICHAEL BANKS HUBBARD, Jr., <br><br> Petitioner, <br> v. <br><br> BUREAU OF PRISONS RUBIDOUX RRC, <br><br> Respondent. | No. 2:24-cv-00386-CAS-BFM <br><br> **ORDER TO SHOW CAUSE** |

Petitioner Steven Hubbard Jr. filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. (ECF 1.) In his Petition, he argued that the Bureau of Prisons had deprived him of First Step Act custody credits to which he was entitled. On February 21, 2024, Respondent moved to dismiss the Petition, arguing that the Petition was moot because Petitioner had been released from custody. (ECF 6.) To date, Petitioner has not responded to the Motion.

The Court orders Petitioner to show cause—meaning, to explain—why Respondent's Motion should not be granted and why the Petition is not moot. Petitioner shall file his response **no later than May 8, 2024**. Failure to file a

1 timely response may result in the Court recommending to the assigned District
2 Judge that the Respondent's Motion be granted based on Local Rule 7-12 ("the
3 failure to file any required document . . . may be deemed consent to the granting
4 or denial of the motion") or on the merits of the Motion, or that the Petition be
5 dismissed for failure to prosecute and failure to follow court orders.

**IT IS SO ORDERED**.

DATED: April 8, 2024

_____
BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE