'O'

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| STEVEN MICHAEL BANKS HUBBARD Jr., | No. 2:24-cv-00386-CAS-BFM |
| Petitioner, | **ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |
| v. | |
| BUREAU OF PRISONS RUBIDOUX RRC, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records and files herein, and the Magistrate Judge's Report and Recommendation. No objections to the Report and Recommendation were filed. The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1.    The Report and Recommendation is accepted.

2.    Respondent's Motion to Dismiss (ECF 6) is denied as moot.

3.    The Petition is denied.

4.    Judgment shall be entered dismissing this action without prejudice for failure to prosecute, to follow court orders, and to keep the Court informed of a current address.

5.    The Court Clerk shall serve this Order and the Judgment on all counsel or parties of record.

DATED:  July 16, 2024

_____
HONORABLE CHRISTINA A. SNYDER
SENIOR UNITED STATES DISTRICT JUDGE

2