JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

STEVEN MICHAEL BANKS
HUBBARD Jr.,

        Petitioner,

        v.

BUREAU OF PRISONS
RUBIDOUX RRC,

        Respondent.

No. 2:24-cv-00386-CAS-BFM

**JUDGMENT**

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the Petition in this matter is denied and the action is dismissed without prejudice.

DATED: July 16, 2024

_____
HONORABLE CHRISTINA A. SNYDER
SENIOR UNITED STATES DISTRICT JUDGE